**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

RICKY DARNELL JONES,

        Petitioner,

vs.                              Case No. 4:06cv535-SPM/AK

JAMES MCDONOUGH,

        Respondent.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

        THIS CAUSE comes before the Court upon the Magistrate Judge's Report

and Recommendation (doc. 20).  The parties were furnished a copy and afforded

an opportunity to file objections.  No objections have been filed.

        Accordingly, it is ORDERED AND ADJUDGED as follows:

        1.      The Magistrate Judge's Report and Recommendation (doc. 20) is

              adopted and incorporated by reference in this order.

        2.      Petitioner's amended §2254 petition for writ of habeas corpus (doc.

              9) is hereby ***dismissed with prejudice***.

        DONE AND ORDERED this <u>fifteenth</u> day of August, 2008.


                    *s/ Stephan P. Mickle*

                    Stephan P. Mickle
                    United States District Judge